**IN THE UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **GARRY MCDANIEL,** | : | |
| | : | **CASE NO. 1:26-cv-00132** |
| **Plaintiff,** | : | |
| **vs.** | : | **JUDGE SUSAN J. DLOTT** |
| | : | |
| **SMYRNA READY MIX CONCRETE, et al.** | : | |
| **Defendants.** | : | |

**AMENDED NOTICE OF DEPOSITION OF PLAINTIFF GARRY MCDANIEL**

PLEASE TAKE NOTICE that pursuant to the Ohio Rules of Civil Procedure, Defendants Smyrna Ready Mix and Errol Questelles, by and through counsel, will take the deposition of Plaintiff Garry McDaniel, on Tuesday, July 14, 2026, commencing at 10:00 a.m. located at the offices of RITTGERS, RITTGERS & NAKAJIMA, 3734 Eastern Avenue, Cincinnati, Ohio 45226. The court reporter arrangements are being facilitated by Veritext.

Said deposition will be taken pursuant to the Ohio Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths and will continue from day to day until complete.

Respectfully submitted,

AMUNDSEN DAVIS LLC
500 South. Front Street, Suite 1200
Columbus, OH 43215
(614) 229-4563 (phone)
(380) 246-9901 (fax)
RBuchbinder@amundsendavislaw.com
CGreen@amundsendavislaw.com

*/s/ Christopher R. Green*
ROBERT C. BUCHBINDER (0039623)
CHRISTOPHER GREEN (0096845)
*Counsel for Defendants Smyrna Ready Mix Concrete and Errol Questelles*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of June 2026, the foregoing was filed with the Clerk of Courts and was duly served upon the following via electronic and/or Regular Mail, postage prepaid:

Wesley M. Nakajima (0084563)
Charlie M. Rittgers (0086567)
Jonathan E. Specht (0105244)
RITTGERS, RITTGERS & NAKAJIMA
matt@rittgers.com
charlie@rittgers.com
jack@rittgers.com
*Attorneys for Plaintiff*

*/s/ Christopher R. Green*
ROBERT C. BUCHBINDER (0039623)
CHRISTOPHER GREEN (0096845)
*Counsel for Defendants Smyrna Ready Mix Concrete and Errol Questelles*